**DREHER LAW FIRM**
Robert Scott Dreher (Bar No. 120527)
835 Fifth Avenue, Suite 202
San Diego, California 92101
Telephone: (619) 230-8828
Facsimile: (619) 687-0136

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>SCOTT J. REIN, ESQ.; REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership; RALPH KING; GABRIEL MACENROE; DAVID MORGENSTERN; VIRGIL WOMACK; DANTE ORGOLINI; ROBBIE STEPHENS, <br><br>Defendants. | Case No: SACV01-1085 GLT(ANx) <br><br>**JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT RALPH KING.** <br><br>Date: February 25, 2004 <br>Dept: 10-D <br>Judge: Hon. Gary L. Taylor |

ORIGINAL FILED MAR - 2 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

LODGED FEB 27 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA

Priority ☒
Send ☒
Enter ☒
Closed ☒
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

ENTERED MAR - 3 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA OFFICE
BY _____

DOCKETED ON CM
MAR - 3 2004
BY _____ 039

JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT RALPH KING

-1-

**WHEREAS,**

1. On November 13, 2001 plaintiffs filed this action against Defendant Ralph King, alleging Claims for Relief for Fraud & Deceit; Violations of the Federal Securities Laws; Conversion; Unfair, unlawful, and fraudulent business practices (California Business & Professions Code Sections 17200 - 17500 et seq.); Elder financial abuse (Welfare & Institutions Code Sections 15600 et seq.); Breach of Fiduciary duty; and Violations of the California Securities Laws (Corporations Code Sections 25400 – 25401 et seq.); and

2. Based on the files, records and pleadings in this action, and for good cause as shown, Plaintiffs are entitled to judgment in their favor and against Defendant Ralph King on those claims in this action, as set forth in Plaintiffs' Third Amended Complaint (incorporated herein as though fully set forth), in the amount of $1,000,000.00 (one million dollars) in favor of Plaintiffs and against Defendant Ralph King,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:**

1. Plaintiffs LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD

STAMBAUGH; and CALDWELL INDUSTRIES, INC. shall take judgment in their favor and against defendant Ralph King on their Claims for Fraud & Deceit; Violations of the Federal Securities Laws; Conversion; Unfair, unlawful, and fraudulent business practices (California Business & Professions Code Sections 17200 -17500 et seq.); Elder financial abuse (Welfare & Institutions Code Sections 15600 et seq.); Breach of Fiduciary duty; and Violations of the California Securities Laws (Corporations Code Sections 25400 – 25401 et seq.)j, as set forth in their Third Amended Complaint in this action; and

2. Defendant RALPH KING shall pay to Plaintiffs LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC. the sum of $1,000,000.00 (One Million Dollars), plus interest calculated at a rate pursuant to 28 U.S.C. 1961(a).

**IT IS SO ORDERED, ADJUDGED, and DECREED.**

Dated: March 1, 2004

Honorable Gary L. Taylor
United States District Court Judge
Central District of California

M:\JD\CASES\132\Pleadings\kingjudgment.doc

JUDGMENT IN FAVOR OF PLAINTIFFS AND AGAINST DEFENDANT RALPH KING

- 3 -