**DREHER LAW FIRM**
Robert Scott Dreher (Bar No. 120527)
Matthew R. Miller (Bar No. 194647)
Historic Louis Bank of Commerce Building
835 Fifth Ave., Suite 202
San Diego, California 92101
Telephone: (619) 230-8828
Facsimile: (619) 687-0136

Attorneys for Plaintiffs

FILED
MAY - 6 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

LODGED
MAY - 5 2004
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> SCOTT J. REIN, ESQ.; REIN, EVANS & SESTANOVICH, LLP, law partner-ship, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership; RALPH KING; GABRIEL MACENROE; DAVID MORGANSTERN; VIRGIL WOMACK; DANTE ORGOLINI; ROBBIE STEPHENS; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: SACV01-1085 GLT(ANx) <br><br> STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL OF ACTION PURSUANT TO TERMS OF PROPOSED SETTLEMENT <br><br> (F.R.C.P. Rule 41(a) (1)) <br><br> ___ Priority <br> _X_ Send <br> _X_ Clsd <br> ___ Enter <br> ___ JS-5/JS-6 <br> ___ JS-2/JS-3 |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and the terms of the settlement agreement memorialized on the record before this Court on November 5, 2003 and since having been subscribed-to in writing between Plaintiffs and Defendants SCOTT J. REIN, ESQ.;

1

DOCKETED ON CM
MAY - 6 2004
STIPULATION FOR DISMISSAL
BY_____ 039

204

1  REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership (referred-to herein as "these Parties"), these parties hereby agree to dismiss this action as between and among them, with prejudice, each of these parties to bear his/her/its own costs.

|  |  |
|---|---|
|  | DREHER LAW FIRM |
| Dated: February 2, 2004 | By: _____ |
|  | Robert Scott Dreher |
|  | Attorneys for Plaintiffs |
|  |  |
|  | CHARLESTON, REVICH & CHAMBERLIN |
| Dated: February 2, 2004 | By: _____ |
|  | Howard Wollitz |
|  | Attorneys for Defendant REIN, EVANS & SESTANOVICH, LLP |
|  |  |
|  | HAIGHT, BROWN & BONESTEEL |
| Dated: February 2, 2004 | By: _____ |
|  | Peter Ezzell |
|  | Attorneys for Defendant Scott Rein |

## ORDER

Pursuant to the above stipulations and settlement agreements, and for good cause as shown, IT IS HEREBY ORDERED THAT this case is hereby dismissed with prejudice as between Plaintiffs and Defendants SCOTT J. REIN, ESQ. and REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership, only, each party to bear their own costs.

IT IS SO ORDERED.

_____
HONORABLE GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

M:\JD\CASES\132\Pleadings\dismissal.doc

STIPULATION FOR DISMISSAL

REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership (referred-to herein as "these Parties"), these parties hereby agree to dismiss this action as between and among them, with prejudice, each of these parties to bear his/her/its own costs.

DREHER LAW FIRM

Dated: February 3, 2004      By: _____
                                  Robert Scott Dreher
                                  Attorneys for Plaintiffs

CHARLESTON, REVICH & CHAMBERLIN

Dated: February 2, 2004      By: _____
                                  Howard Wollitz
                                  Attorneys for Defendant REIN, EVANS
                                  & SESTANOVICH, LLP

HAIGHT, BROWN & BONESTEEL

Dated: February 2, 2004      By: _____
                                  Peter Ezzell
                                  Attorneys for Defendant Scott Rein

## ORDER

Pursuant to the above stipulations and settlement agreements, and for good cause as shown, IT IS HEREBY ORDERED THAT this case is hereby dismissed with prejudice as between Plaintiffs and Defendants SCOTT J. REIN, ESQ. and REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership, only, each party to bear their own costs.

IT IS SO ORDERED.

5/6/04

_____
HONORABLE GARY L. TAYLOR
UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL

**PROOF OF SERVICE**
1013A (3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

On the date shown below, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION PURSUANT TO TERMS OF PROPOSED SETTLEMENT** by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Robert Scott Dreher<br>DREHER LAW FIRM<br>835 Fifth Avenue, Suite 202<br>San Diego, California 92101<br>Telephone: (619) 230-8828<br>Facsimile: (619) 687-0136 | Attorneys for Plaintiffs |
| Peter Q. Ezzell<br>HAIGHT, BROWN & BONESTEEL LLP<br>6080 Center Drive, #800<br>Los Angeles, California 90045-1574<br>Telephone: (310) 215-7100<br>Facsimile: (310) 215-7300 | Attorneys for Defendant<br>Scott J. Rein, Esq. |

_X_ **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2004, at Los Angeles, California.

*Barbara Holbrook*
Barbara Holbrook