1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., | Case No.: SACV01-1085 GLT(ANx) |
| Plaintiffs, | **ORDER GRANTING RENEWAL OF JUDGMENT** |
| vs. | |
| SCOTT J. REIN, ESQ.; REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership; RALPH KING; GABRIEL MACENROE; DAVID MORGANSTERN; VIRGIL WOMACK; DANTE ORGOLINI; ROBBIE STEPHENS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

The judgment debtor, Ralph King, having judgment entered against him on March 3, 2004, and upon application of Plaintiffs LYNN & ED FORSLUND; GABRIEL

ORDER TO RENEW JUDGMENT

& BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., and upon declaration that Mr. King has failed to pay the total amount of said judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Ralph King be renewed in the amount of $1,121,364.93, which is broken down as follows:

|   |   |   |
|---|---|---|
| a. | Judgment as entered | $1,000,000.00 |
| b. | Costs after Judgment | $0.00 |
| c. | subtotal | $1,000,000.00 |
| d. | Less credits after judgment | $0.00 |
| e. | Subtotal | $0.00 |
| f. | Interest after judgment computed from March 3, 2004 through February 10, 2014 at 1.22% | $121,364.93 |
|   | TOTAL JUDGMENT AS RENEWED | $ 1,121,364.93 |

Dated:___2/13/2014_____

J. Remigio, Deputy Clerk
_____
Clerk of the United States District Court,
Central District, Southern Division

ORDER TO RENEW JUDGMENT