| | |
|---|---|
| 1 | **DREHER LAW FIRM** |
| 2 | Robert Scott Dreher (Bar No. 120527)<br>Historic Louis Bank of Commerce Building |
| 3 | 835 Fifth Ave., Suite 202<br>San Diego, California 92101 |
| 4 | Telephone: (619) 230-8828 |
| 5 | **MILLER LAW FIRM** |
| 6 | Matthew R. Miller (Bar No. 194647)<br>Carlos Americano (Bar No. 257070) |
| 7 | Historic Louis Bank of Commerce Building<br>835 Fifth Ave., Suite 301 |
| 8 | San Diego, CA 92101 |
| 9 | Attorneys for Plaintiffs |

**FOR OFFICE USE ONLY**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., | Case No.: SACV01-1085 GLT(ANx)<br><br>**NOTICE OF RENEWAL OF JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| SCOTT J. REIN, ESQ.; REIN, EVANS & SESTANOVICH, LLP, law partnership, formerly known as, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership; RALPH KING; GABRIEL MACENROE; DAVID MORGANSTERN; VIRGIL WOMACK; DANTE ORGOLINI; ROBBIE STEPHENS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**FOR OFFICE USE ONLY**

1

NOTICE OF RENEWAL OF JUDGMENT

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD be advised that:

1. This renewal extends the period of enforceability of the judgment until 10 years from the date the application fore renewal was filed.

2. If you object to this renewal, you may make a motion to vacate or modify the renewal with the court.

3. You must make this motion within thirty (30) days after service of this notice on you.

4. A copy of the application for and renewal of judgment is attached (California Rules of Court, Rule 986).

Dated: 2/13/2014

FOR OFFICE USE ONLY

J. Remigio, Deputy Clerk
Clerk of the Court

5. Notice to persons served: You are served:

   a. __ as individual judgment debtors

   b. __ under the fictitious name of:

   c. __ on behalf of:

Under:

   __ Code of Civ. Procedure Section 416.10 (corporation)

   __ Code of Civ. Procedure Section 416.20 (defunct corporation)

   __ Code of Civ. Procedure Section 416.40 (association or partnership)

   __ Code of Civ. Procedure Section 416.60 (minor)

   __ Code of Civ. Procedure Section 416.70 (conservatee)

   __ Code of Civ. Procedure Section 416.90 (individual)