1
2
3
4
5
6
7
8
9
10

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>SCOTT J. REIN, ESQ.; REIN, EVANS & SESTANOVICH, LLP, law partnership, *fka*, and successor to, DRESSLER, REIN, EVANS & SESTANOVICH, LLP, a law partnership; RALPH KING; GABRIEL MACENROE; DAVID MORGANSTERN; VIRGIL WOMACK; DANTE ORGOLINI; and ROBBIE STEPHENS,<br><br>Defendants. | Case No.: SACV01-1085 GLT(ANx)<br>(8:01-cv0185 GT AN)<br><br>**RENEWAL OF JUDGMENT AGAINST JUDGMENT DEBTOR / DEFENDANT RALPH KING** |

_____
_____

1

RENEWAL OF JUDGMENT BY CLERK

The judgment debtor, **Ralph King**, having judgment entered against him on March 3, 2004, and upon application of Plaintiffs LYNN & ED FORSLUND; GABRIEL & BEATRICE HERRERA; JIM HERRON; TED LACY; ERIC MARTENS; ARNIE ADLER; ARTHUR ELLSWORTH; KEN SKACEL; YOLANDA SIDDIQUE; RULIFF NEVIUS; NITA PAGE; BETTY FORREST; LINDA MCKAY; ECCO & DONALD STAMBAUGH; and CALDWELL INDUSTRIES, INC., and upon declaration that Mr. King has failed to pay the total amount of said judgment,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment against Ralph King be renewed in the amount of $1,258,171.45, which is broken down as follows:

| | | | |
|---|---|---|---|
| | a. | Judgment as Renewed | $1,121,364.93 |

*(Original Judgment in 2004 was $1,000,000.00)*

| | | | |
|---|---|---|---|
| | b. | Costs after Judgment | $0.00 |
| | c. | subtotal | $1,121,364.93 |
| | d. | Less credits after judgment | $0.00 |
| | e. | Subtotal | $0.00 |
| | f. | Interest after judgment computed from February 14, 2014 through February 12, 2014 | $136,806.52 |
| | | at 1.22% ($37.4812 per day times 3650 days) | |
| **TOTAL JUDGMENT AS RENEWED** | | | **$ 1,258,171.45** |

Dated: February 16, 2024         *Sharon Hall Brown*
                                 _____
                                 US District Court,
                                 Central District of California, Southern Division